1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATYANA EVGENIEVNA
DREVALEVA,

　　　　　Plaintiff,

　　v.

ALAMEDA HEALTH SYSTEM, et al.,

　　　　　Defendants.

Case No.  22-cv-01585-JCS

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

Honorable Edward M. Chen for consideration of whether the case is related to 20-cv-07017 EMC,

21-cv-01664 EMC, 21-cv-02222, 21-cv-02543 EMC, 21-cv-03061 EMC and 21-cv-03063.

　　　　**IT IS SO ORDERED.**

Dated: April 7, 2022

_____
JOSEPH C. SPERO
United States Magistrate Judge