1  Tatyana Evgenievna Drevaleva

2  2222 Pacheco St., Apt. 603, Concord, CA, 94520

3  Cell 628-688-6167, tdrevaleva@gmail.com

4  Plaintiff in Pro Per

5              THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRUCT OF CALIFORNIA

8  Tatyana Evgenievna. Drevaleva          )   Case No. 3:22-cv-01585-EMC
                                          )
9           *Plaintiff - Petitioner*      )
                                          )
10              vs.                       )   Notice of a Change of Address.
                                          )
11                                        )
   1) Alameda Health System               )
12                                        )   Courtroom 5 – 17th Floor
   2) The California Department of Industrial )
13     Relations (the DIR)                )   Judge: The Hon. Edward Chen
                                          )
14          *Defendants*.                 )

Page **1** of **2**

Notice of a Change of Address, case No. 3:22-cv-01585-EMC

1    Plaintiff Pro Se Tatyana Drevaleva is informing the U.S. District Court for the Northern
2 District of California about a change of my address.
3    On May 28, 2022, I lost my caregiving job, and I was evicted from my place of living (I
4 was a live-in Caregiver taking care of an elderly lady.)
5    On May 28, 2022, I temporarily relocated to stay with my friend. My current temporary
6 address now is:
7    Tatyana Drevaleva
8    2222 Pacheco St., Apt. 603,
9    Concord, CA, 94520

11    I declare under penalty of perjury and under the Federal laws that the above is true and
12 correct and that this verification was executed on June 05, 2022 at Concord, California.
13    Respectfully submitted,

    Date: June 05, 2022.         Sign Name:

                         Print Name:  Tatyana E. Drevaleva