UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA EVGENIEVNA DREVALEVA, <br> Plaintiff, <br> v. <br> ALAMEDA HEALTH SYSTEM, et al., <br> Defendants. | Case No. 22-cv-01585-EMC <br><br> **JUDGMENT** |

On July 7, 2022, the Court issued its Order Denying Plaintiff's Affidavit Of Bias And Prejudice; Granting Defendants' Motions To Dismiss; Denying Plaintiff's Request For Entry Of Default; And Denying Other Miscellaneous Motions. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: July 7, 2022

_____
EDWARD M. CHEN
United States District Judge