1  Tatyana Evgenievna Drevaleva

2  1099 Fillmore St., Apt. 5E, San Francisco, CA, 94115

3  Cell 628-688-6167, tdrevaleva@gmail.com

4  Plaintiff in Pro Per

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRUCT OF CALIFORNIA

| Tatyana Evgenievna. Drevaleva | ) | Case No. 3:22-cv-01585-EMC |
|---|---|---|
| *Plaintiff - Petitioner* | ) | |
| vs. | ) | Notice of a Change of Address. |
| 1) Alameda Health System | ) | |
| | ) | Courtroom 5 – 17th Floor |
| 2) The California Department of Industrial Relations (the DIR) | ) | Judge: The Hon. Edward Chen |
| *Defendants*. | ) | |

Page **1** of **2**

Notice of a Change of Address, case No. 3:22-cv-01585-EMC

Plaintiff Tatyana Drevaleva is informing the U.S. District Court for the NDC about a change of my home postal address and my mailing address.

Now, my home postal address and my mailing address is:

    Tatyana Drevaleva

    1099 Fillmore St., Apt. 5E,

    San Francisco, CA, 94115

I declare under penalty of perjury and under the Federal laws that the above is true and correct and that this verification was executed on July 09, 2022 at San Francisco, California. Respectfully submitted,

Date: July 09, 2022        Sign Name:

*Tatyana E. Drevaleva*

Print Name:  Tatyana E. Drevaleva