UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 3:22-cv-01585-EMC |
| Date case was first filed in U.S. District Court: | 03/14/2022 |
| Date of judgment or order you are appealing: | 07/07/22; 07/19/22; 07/28/22 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Tatyana Evgenievna Drevaleva Pro Se

Is this a cross-appeal?  ○ Yes  ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

1099 Fillmore St., Apt. 5E

City: San Francisco   State: CA   Zip Code: 94115

Prisoner Inmate or A Number (if applicable):

**Signature** Tatyana Drevaleva   **Date** Jul 30, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Tatyana Evgenievna Drevaleva |

Name(s) of counsel (if any):
| |
|---|
| Pro Se |

Address: 1099 Fillmore St., Apt. 5E, San Francisco, CA, 94115
Telephone number(s): 628-688-6167
Email(s): tdrevaleva@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| California Department of Industrial Relations |

Name(s) of counsel (if any):
| |
|---|
| Ms. Lydia V. Ko, Esq.<br>Deputy Attorney General of the State of California |

Address: 1515 Clay Street, 20th Floor P.O. Box 70550 Oakland, CA 94612-0550
Telephone number(s): (510) 879-0004
Email(s): Lydia.Ko@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    1                              Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Alameda Health System

Name(s) of counsel (if any):
Mr. Timothy C. Travelstead, Esq.

Address: 7901 Stoneridge Drive, Suite 230 Pleasanton, CA 94588

Telephone number(s): (650) 403-0150

Email(s): T.Travelstead@narayantravelstead.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  2  *Rev. 12/01/2018*